THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* HERMAN LOCKETT, Petitioner-Appellant.

(No. 59398; )

First District (1st Division)—May 20, 1974.

PER CURIAM.

HALLETT, J., took no part.

James J. Doherty, Public Defender, of Chicago (Leonard V. Solomon, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr. and John F. Brennan, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT BROOKS, Defendant-Appellant.

(No. 58177;

First District (4th Division)—May 22, 1974.

Paul Bradley and Edwin R. McCullough, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Dennis J. O'Hara, Assistant State's Attorneys, of counsel.), for the People.